# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DAVID L. RUETZ,**

          **Plaintiff,**

-vs-                                                                   Case No. 6:07-cv-2006-Orl-31GJK

**UNITED STATES OF AMERICA,**
**KENDALL G. SHARP,**
**DOES 1-10,**

          **Defendants.**

_____

## ORDER OF RECUSAL

Pursuant to 28 U.S.C. § 455(a) and in the interest of justice, I hereby recuse myself from this matter. The Clerk is directed to reassign this case to another Judge of this court.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on February 28, 2008.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record